UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA      :
                              :    CRIMINAL NO.10-09
            v.                :
                              :         ORDER
                              :
DARIN STILL                   :
                              :


This matter having come before the Court on the application of defendant Darrin Still, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order directing Pretrial Services to return to Mr. Still his passport, and the government, Lisa Rose, Assistant United States Attorney, having no objection, and for good cause shown

IT IS on this 26th day of May , 2010,

ORDERED that Mr. Still's passport be returned to him.


_____
HONORABLE FAITH S.HOCHBERG
United States Magistrate Judge